**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-18929 |
| | § | |
| JAMES B KELLEHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $138,219.00 |
| Total Distributions to Claimants: | $1,668.25 | Claims Discharged Without Payment: | $60,272.34 |
| Total Expenses of Administration: | $614.57 | | |

3) Total gross receipts of $2,282.82 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,282.82 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $614.57 | $614.57 | $614.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $52,252.37 | $22,484.80 | $9,688.22 | $1,668.25 |
| **Total Disbursements** | $52,252.37 | $23,099.37 | $10,302.79 | $2,282.82 |

4). This case was originally filed under chapter 7 on 06/08/2016. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2017            By:   /s/ David P. Leibowitz
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claim for recovery of Debtor's payment to employer from non-exempt tax refund for military buy-back to increase pension | 1241-000 | $2,282.82 |
| **TOTAL GROSS RECEIPTS** | | $2,282.82 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $570.71 | $570.71 | $570.71 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.46 | $16.46 | $16.46 |
| Green Bank | 2600-000 | NA | $27.40 | $27.40 | $27.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $614.57 | $614.57 | $614.57 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $0.00 | $12,796.58 | $0.00 | $0.00 |
| 2 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $0.00 | $7,527.41 | $7,527.41 | $1,296.17 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | City of Chicago Department of Finance | 7100-000 | $0.00 | $2,160.81 | $2,160.81 | $372.08 |
| | Arrow Financial Services LLC | 7100-000 | $11,089.96 | $0.00 | $0.00 | $0.00 |
| | Blatt Hasenmiller Leibsker & Moore | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cci | 7100-000 | $96.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $679.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $1,700.00 | $0.00 | $0.00 | $0.00 |
| | ER Medical Associates of Palos LTd | 7100-000 | $765.00 | $0.00 | $0.00 | $0.00 |
| | First National Collection Bureau | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Heller & Frisone | 7100-000 | $4,534.00 | $0.00 | $0.00 | $0.00 |
| | Linebarger Goggan Blair & | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ltd Financial Svcs Lp | 7100-000 | $1,192.00 | $0.00 | $0.00 | $0.00 |
| | LVNV Funding | 7100-000 | $21,424.00 | $0.00 | $0.00 | $0.00 |
| | Miller and Steeno PC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Niagara Credit Solutions Inc | 7100-000 | $10,650.41 | $0.00 | $0.00 | $0.00 |
| | Pierce & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Radiology and Nuclear Consultants | 7100-000 | $22.00 | $0.00 | $0.00 | $0.00 |
| | Ronald C Miller | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SCR Laboratory Physician | 7100-000 | $4.00 | $0.00 | $0.00 | $0.00 |
| | State Collection Servi | 7100-000 | $96.00 | $0.00 | $0.00 | $0.00 |
| | The Home Depot | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,252.37 | $22,484.80 | $9,688.22 | $1,668.25 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-18929 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KELLEHER, JAMES B | | Date Filed (f) or Converted (c): | 06/08/2016 (f) |
| For the Period Ending: | 12/7/2017 | | §341(a) Meeting Date: | 06/28/2016 |
| | | | Claims Bar Date: | 01/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2001 Chevrolet Astro Van (157k miles) | $650.00 | $0.00 | | $0.00 | FA |
| 2 | Miscellaneous used household goods | $850.00 | $0.00 | | $0.00 | FA |
| 3 | Miscellaneous electronics | $325.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous books, tapes, CD's, etc. | $50.00 | $0.00 | | $0.00 | FA |
| 5 | Personal used clothing | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous costume jewelry | $25.00 | $0.00 | | $0.00 | FA |
| 7 | Checking Chase Bank | $78.00 | $0.00 | | $0.00 | FA |
| 8 | Pension | Unknown | $0.00 | | $0.00 | FA |
| 9 | Thrift Savings Plan | $135,691.00 | $0.00 | | $0.00 | FA |
| 10 | Employer - Term Life Insurance - no cash surrender value (Beneficiary: Spouse) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Claim for recovery of Debtor's payment to employer from non-exempt tax refund for military buy-back to increase pension (u) | $0.00 | $2,282.82 | | $2,282.82 | FA |
| Asset Notes: | Debtor to settle personally | | | | | |
| 12 | 2016 Tax Refund (unscheduled) (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No refund. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                         **Gross Value of Remaining Assets**

$138,069.00        $2,282.82                     $2,282.82                $0.00

**Major Activities affecting case closing:**

05/23/2017    2017 Reporting Period:

The Trustee recovered a total of $2,282.82, which Debtor had paid to his employer from non-exempt 2015 tax refund for military time buy-back to increase exempt pension. 735 ILCS 5/12-1001 (hanging paragraph re exempt property acquired within 6 months of bankruptcy).

The Trustee requested the withdrawal of several time-barred claims and solicited additional claims from all scheduled creditors.

The case remains open pending Debtor's 2016 tax refund, which the Trustee intercepted, and will be ready for TFR upon receipt.

Case 16-18929 Doc 32 Filed 01/02/18 Entered 01/02/18 14:48:25 Desc Main
Document Page 6 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit 8

| **Case No.:** | 16-18929 | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | KELLEHER, JAMES B | | | **Date Filed (f) or Converted (c):** | 06/08/2016 (f) |
| **For the Period Ending:** | 12/7/2017 | | | **§341(a) Meeting Date:** | 06/28/2016 |
| | | | | **Claims Bar Date:** | 01/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    10/15/2017      **Current Projected Date Of Final Report (TFR):**    08/31/2017      /s/ DAVID LEIBOWITZ

                                                                                                                                                                                                                                                                        DAVID LEIBOWITZ

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1      Exhibit 9

| Case No. | 16-18929 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KELLEHER, JAMES B | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1160 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Kelleher, James |
| For Period Beginning: | 6/8/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2016 | (11) | KELLEHER, JAMES B | Payments to settle Debtor's payment for military time (1 of 3) | 1241-000 | $760.94 |  | $760.94 |
| 11/30/2016 |  | Green Bank | Bank Service Fee | 2600-000 |  | $0.55 | $760.39 |
| 12/08/2016 | (11) | KELLEHER, JAMES B | Payments to settle Debtor's payment for military time (2 of 3) | 1241-000 | $760.94 |  | $1,521.33 |
| 12/30/2016 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.17 | $1,519.16 |
| 01/19/2017 | (11) | James Kelleher | Payments to settle Debtor's payment for military time (3 of 3) | 1241-000 | $760.94 |  | $2,280.10 |
| 01/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $3.36 | $2,276.74 |
| 02/28/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $3.31 | $2,273.43 |
| 03/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $3.90 | $2,269.53 |
| 04/28/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $3.30 | $2,266.23 |
| 05/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $3.65 | $2,262.58 |
| 06/30/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $3.76 | $2,258.82 |
| 07/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $3.40 | $2,255.42 |
| 11/01/2017 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 |  | $16.46 | $2,238.96 |
| 11/01/2017 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 |  | $570.71 | $1,668.25 |
| 11/01/2017 | 3003 | LVNV Funding, LLC its successors and assigns as | Claim #: 2; Amount Claimed: $7,527.41; Distribution Dividend: 17.22%; | 7100-000 |  | $1,296.17 | $372.08 |
| 11/01/2017 | 3004 | City of Chicago Department of Finance | Claim #: 3; Amount Claimed: $2,160.81; Distribution Dividend: 17.22%; | 7100-000 |  | $372.08 | $0.00 |

**SUBTOTALS**         $2,282.82         $2,282.82

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-18929 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KELLEHER, JAMES B | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1160 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Kelleher, James |
| For Period Beginning: | 6/8/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $2,282.82 | $2,282.82 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,282.82 | $2,282.82 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,282.82 | $2,282.82 | |

**For the period of 6/8/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,282.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,282.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,282.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,282.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/16/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,282.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,282.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,282.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,282.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-18929 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KELLEHER, JAMES B | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1160 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Kelleher, James |
| For Period Beginning: | 6/8/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,282.82 | $2,282.82 | $0.00 |

**For the period of 6/8/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,282.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,282.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,282.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,282.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/08/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,282.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,282.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,282.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,282.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ